# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph McClennon, | Civil No. 10-2598 (RHK/JJK) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL OF INDIVIDUALLY-NAMED DEFENDANTS** |
| Matthew Alan Kipke, et al, | |
| Defendants. | |

Pursuant to the parties' Stipulation (Doc. No. 36), **IT IS ORDERED** that Plaintiff's claims against the individually-named Defendants in this matter not already dismissed, Matthew Kipke, Paul Schweiger, and James Carroll, are **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

Dated: February 23, 2012

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
