## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Joseph McClennon,<br><br>        Plaintiff,<br><br>v.<br><br>Matthew Alan Kipke, et al,<br><br>        Defendants. | Civil No. 10-2598 (RHK/JJK)<br><br>**ORDER FOR DISMISSAL OF INDIVIDUALLY-NAMED DEFENDANTS** |

Pursuant to the parties' Stipulation (Doc. No. 36), **IT IS ORDERED** that Plaintiff's claims against the individually-named Defendants in this matter not already dismissed, Matthew Kipke, Paul Schweiger, and James Carroll, are **DISMISSED WITHOUT PREJUDICE** and without costs to either party.

Dated: February 23, 2012

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge