**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Joseph McClennon,

   Plaintiff,

v.

Matthew Alan Kipke, et al,

   Defendants.

Civil No. 10-2598 (RHK/JJK)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Pursuant to the parties' Stipulation (Doc. No. 38), **IT IS ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE** and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 24, 2012

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge